UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ANNA SADOWSKA, YANICK GODBOUT, and TONYA DENDEKKER, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN AG, and AUDI AG,<br><br>Defendants. | Case No.: CV11-00665 AHM (AGRx)<br><br>Hon. A. Howard Matz<br><br>CLASS ACTION<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARILY CERTIFYING SETTLEMENT CLASS, APPOINTING CLASS COUNSEL, SETTING A SETTLEMENT FAIRNESS HEARING, SETTING HEARING FOR FINAL APPROVAL OF SETTLEMENT, AND DIRECTING NOTICE TO THE CLASS** |

1   This Court conducted a hearing on **March 11, 2013** regarding Plaintiffs Anna Sadowska, Yanick Godbout and Tonya DenDekker's ("Plaintiffs") <u>Renewed</u> Motion for Preliminary Approval of Class Action Settlement. Strategic Legal Practices APC and The Law Office of Robert Starr (collectively, "Class Counsel") appeared on behalf of Plaintiffs.  Herzfeld & Rubin, LLP and Herzfeld & Rubin, P.C. appeared on behalf of Defendants Volkswagen Group of America, Inc., Audi AG and Volkswagen AG ( "Defendants") (collectively with Plaintiffs, the "Parties").

Having considered the Amended Settlement Agreement[1] ("Settlement" or "Settlement Agreement"), Plaintiffs' Renewed Motion for Preliminary Approval ("Motion"), all accompanying declarations and exhibits thereto, and all of the legal authorities and documents submitted in support of the Motion, and **GOOD CAUSE** appearing, **IT IS HEREBY ORDERED** that the Motion for Preliminary Approval of Class Action Settlement is **GRANTED**, subject to the following findings and orders:

1.   This Court has both subject matter jurisdiction and personal jurisdiction as to this Action and all Parties before it pursuant to 28 U.S.C. §1332(d)(2)(A).

2.   The terms of the Settlement Agreement are sufficiently fair, reasonable and adequate to allow dissemination of the Class Notice. Thus, pending the Final Approval Hearing, the Court preliminarily approves the proposed Settlement.

3.   Plaintiffs have made a sufficient showing that a Settlement Class, as defined herein, should be certified for settlement purposes only, subject to the Final Approval Hearing.  The Court finds that the requirements of Rule 23 of the Federal Rules of Civil Procedure for the preliminary approval of the Settlement

---

[1] All capitalized terms in the Preliminary Approval Order shall have the same meaning and effect as prescribed in the Amended Settlement Agreement.

1  and conditional certification of the proposed Settlement Class are met.

2      4.    The following Settlement Class is hereby conditionally certified for purposes of settlement only: "All United States purchasers and/or leasees of any 2002, 2003, 2004, 2005 and 2006 model year Audi A4 vehicle (including Cabriolets) and Audi A6 vehicle originally equipped with a factory-installed CVT transmission, imported and distributed by Volkswagen Group of America, Inc., for sale or lease in the United States of America." Specifically excluded from the Settlement Class are (a) anyone claiming personal injury, property damage and/or subrogation; (b) all Judges who have presided over this Action and their spouses; (c) all current employees, officers, directors, agents and representatives of Defendants, and their family members; (d) any affiliate, parent or subsidiary of Defendants and any entity in which Defendants have a controlling interest; (e) anyone acting as a used car dealer; (f) anyone who purchased a Settlement Class Vehicle for the purpose of resale; (g) anyone who purchased a Settlement Class Vehicle with salvaged title and/or any insurance company who acquired a Settlement Class Vehicle as a result of a total loss; (h) any insurer of a Settlement Class Vehicle; and (i) any Settlement Class Member who files a timely and proper Request for Exclusion from the Settlement Class.

    5.    With respect to the Settlement Class, this Court finds that: (a) the members of the Settlement Class are so numerous that joinder of all Settlement Class Members is impracticable; (b) there are questions of law and fact common to the Settlement Class which predominate over any individual question; (c) the claims of the Plaintiffs are typical of the claims of the Settlement Class; (d) Plaintiffs and Class Counsel have fairly and adequately represented and protected the interests of the Settlement Class; and (e) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

Page 2
ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

6. The Court conditionally appoints Plaintiffs Anna Sadowska, Yanick Godbout and Tonya DenDekker as representatives of the above-described Settlement Class. The Court also finds that Strategic Legal Practices APC and The Law Office of Robert Starr are experienced and adequate counsel, and therefore appoints said law firms as Class Counsel.

7. The Court hereby approves and appoints Rust Consulting, Inc. as Claim Administrator.

8. The Class Notice and publication of the summary notice, and provisions for disseminating those materials and information, described in and attached to the Settlement Agreement are consistent with Federal Rule of Civil Procedure Rule 23 and are approved. These materials (a) provide the best notice practicable under the circumstances; (b) are reasonably calculated, under the circumstances, to apprise the Settlement Class of the pendency of the action, the terms of the proposed Settlement, and of their right to exclude themselves from, or object to, the proposed settlement; (c) are reasonable and constitute due, adequate, and sufficient notice to all persons entitled to receive notice; and (d) fully comply with United States law. Defendants shall be responsible for providing notice of the proposed Settlement to the Settlement Class in accordance with the provisions of the Settlement Agreement. The Parties may, by agreement, change the notices to reflect operative hearing and opt-out dates or other presently unknown data without further approval from the Court.

9. The Court orders that, on or before **June 19, 2013**, the Claim Administrator shall cause individual notice ("Class Notice"), in the form attached to the Settlement Agreement, to be mailed, by first class mail, to the current or last known addresses of all reasonably identifiable Settlement Class Members as set forth in the Settlement Agreement. Defendants may format the Class Notice in such a way as to minimize the cost of the mailing, so long as

1  Settlement Class Members can reasonably read it and Class Counsel approves all
2  changes and formatting.  The Claim Administrator shall be responsible for
3  dissemination of the Class Notice in the manner stated above, and pursuant to the
4  terms of the Settlement Agreement. The Class Notice shall be accompanied by a
5  claim form and request for exclusion in the forms attached to the Settlement
6  Agreement.  As set forth in the Settlement Agreement, Defendants shall bear all
7  costs associated with providing class notice.

8       10.    The Court orders that, on or before **June 19, 2013**, the Claim
9  Administrator shall cause a one-time publication of summary notice,
10 substantially in the form attached to the Settlement Agreement, to appear in the
11 first section of the National Edition of USA Today.  Defendants shall bear the
12 cost of the publication of summary notice.

13      11.    The Court has preliminarily reviewed the Parties' proposed
14 Settlement and finds that its terms appear sufficiently fair, reasonable, and
15 adequate to warrant dissemination of notice of the proposed Settlement to the
16 Settlement Class and the scheduling of a formal fairness hearing. The Court finds
17 that the Parties entered into the Settlement in good faith, following arm's length
18 negotiations between their respective counsel.

19      12.    Class Counsel's Motion, on behalf of all Plaintiffs' Counsel for
20 attorneys' fees, costs and expenses, and on behalf of the Settlement Class
21 representatives for service awards, as set forth in the Settlement Agreement, shall
22 be filed by **July 19, 2013**.

23      13.    Plaintiffs' Motion for Final Approval of Class Action Settlement
24 shall be filed by **July 19, 2013.**

25      14.    The Settlement Class Members shall have until **August 10, 2013** to
26 (a) submit their comments or objections to the settlement and/or to the Plaintiffs'
27 Motion for attorneys' fees, costs and expenses and/or service awards; or (b) opt
28

1  out of the settlement class.  The procedures and requirements for commenting on
2  and objecting to the settlement as well as for opting out of the settlement class
3  shall be those listed in the Class Notice.
4      15.    Plaintiffs' and/or Defendants' respective Replies, if any, to any
5  Settlement Class Member's comments or objections shall be filed by **August 31,**
6  **2013**.
7      16.    The hearing on Plaintiffs' Motion for Final Approval of Class
8  Action Settlement and Motion for Class Counsel Fees, Costs and Expenses and
9  Settlement Class representative service awards, shall be heard on **September 23,**
10 **2013** at **10 a.m**.

**IT IS SO ORDERED**

Dated: **March 11, 2013**

Hon. A. Howard Matz
United States District Court Judge