UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ANNA SADOWSKA, YANICK GODBOUT, and TONYA DENDEKKER, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN AG, and AUDI AG,<br><br>Defendants. | Case No.: CV11-00665 BRO (AGRx)<br><br>CLASS ACTION<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY'S FEES, EXPENSES, COSTS, CLASS REPRESENTATIVE INCENTIVE AWARDS, AND JUDGMENT** |

**ORDER AND JUDGMENT**

The Court has received and considered the proposed Amended Settlement Agreement ("Settlement Agreement") between Plaintiffs Anna Sadowska, Yanick Godbout, and Tonya DenDekker on behalf of themselves and the Settlement Class (collectively, "Plaintiffs") and Defendant Volkswagen Group of America, Inc., Audi AG, and Volkswagen AG ( "Defendants") (Dkt. No. 85-2), which is incorporated herein by reference, including the adoption of defined terms.  The Court has: (1) previously granted preliminary approval of the Amended Settlement Agreement; (2) been informed by declaration that notice of the settlement has been given to the Class (as defined below); (3) held a final fairness hearing at which all parties appeared by their counsel and at which the Court afforded class members with an opportunity to object to the Settlement Agreement ("Approval Hearing"); (4) received and reviewed briefing and evidence as to why the proposed settlement is fair, adequate, and in the best interests of the represented class; and (5) considered all other arguments and submissions in connection with the proposed settlement.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.     All terms used herein shall have the same meaning as defined in the Amended Settlement Agreement.

2.     This Court has jurisdiction over the subject matter of this litigation and over the Parties to this litigation, including all Class Members.

3.     The Court certifies the following Settlement Class for purposes of settlement only:  "All persons and entities who purchased or leased, within the United States of America, a 2002, 2003, 2004, 2005 and 2006 model year Audi A4 vehicle (including Cabriolets) and Audi A6 vehicle originally equipped with a factory-installed CVT transmission, imported and distributed by Volkswagen Group of America, Inc., for sale or lease in the United States of America."

Excluded from the Settlement Class are (a) anyone claiming personal injury, property damage and/or subrogation; (b) all Judges who have presided over this Action and their spouses; (c) all current employees, officers, directors, agents and representatives of Defendants, and their family members; (d) any affiliate, parent or subsidiary of Defendants and any entity in which Defendants have a controlling interest; (e) anyone acting as a used car dealer; (f) anyone who purchased a Settlement Class Vehicle for the purpose of resale; (g) anyone who purchased a Settlement Class Vehicle with salvaged title and/or any insurance company who acquired a Settlement Class Vehicle as a result of a total loss; (h) any insurer of a Settlement Class Vehicle; (i) any owners or lessees of Settlement Class Vehicles which were not manufactured for export specifically into the United States of America and were not imported or distributed by Volkswagen Group of America, Inc.; and (j) any Settlement Class Member who has filed a timely and proper Request for Exclusion from the Settlement Class.

4. The Court appoints Plaintiffs Anna Sadowska, Yanick Godbout and Tonya DenDekker as representatives of the above-described Settlement Class.

5. The Court finds that Strategic Legal Practices APC and The Law Office of Robert Starr are experienced in matters of this nature and the Court hereby appoints said law firms as Class Counsel.

6. The mailing and publication of the Class Notice to the Class as set forth in the Amended Settlement Agreement has been completed in conformity with the March 11, 2013 Preliminary Approval Order (Dkt. No. 89). The Class Notice provided adequate notice of the proceedings and about the case, including the proposed settlement terms as set forth in the Amended Settlement Agreement. The Class Notice fully satisfied due process requirements. As executed, the Class Notice was the best notice practicable under the circumstances.

7. The Court finds that appropriate notice was given by defendant to

all "appropriate State and Federal Officials" pursuant to 28 U.S.C. §1715(a), and that no objections were filed.

8. The Court hereby approves the terms set forth in the Amended Settlement Agreement and finds that the Amended Settlement Agreement is, in all respects, fair, adequate, and reasonable and directs the Parties to effectuate the Amended Settlement Agreement according to its terms. The Court finds that the Amended Settlement Agreement has been reached as a result of informed and non-collusive arm's-length negotiations. The Court further finds that Plaintiffs and Defendants have conducted extensive investigation and research, and their attorneys were able to reasonably evaluate their respective positions.

9. The Court notes that under the Amended Settlement Agreement, any reimbursement checks issued to class members pursuant to the Settlement will be valid for a period of ninety (90) days.

10. The Court also finds that Settlement now will avoid additional and potentially substantial litigation costs, as well as delay and risks if the Parties were to continue to litigate the case. Additionally, after considering the prospective and monetary relief provided as part of the Settlement in light of the challenges posed by continued litigation, the Court concludes that Class Counsel secured significant relief for Class Members.

11. The Amended Settlement Agreement is not an admission by Defendants or by any other released party, nor is this Order a finding of the validity of any allegations or of any wrongdoing by Defendants or any other released party. Neither this Order, the Amended Settlement Agreement, nor any document referred to herein, nor any action taken to carry out the Amended Settlement Agreement, may be construed as, or may be used as, an admission of any fault, wrongdoing, omission, concession, or liability whatsoever by or against Defendants or any of the other released parties.

12. All Class Members were given a full and fair opportunity to

participate in the Approval Hearing, and all members of the Settlement Class wishing to be heard have been heard. The objections of Melissa Seiler, Gregory Cohen, Maryann Woolsey, Kyle Krebs, Gregory T. McSparran, Geng Tian, Nicole Hyra, James Gates, and Deborah Morrisette are hereby overruled. The objection of Sara McKinney has been withdrawn. Members of the Settlement Class also have had a full and fair opportunity to exclude themselves from the proposed settlement and the class. Accordingly, the terms of the Amended Settlement Agreement and of the Court's Order shall be forever binding on members of the Class who did not timely exclude themselves. Attached to this Order and Judgment as Exhibit A is a list setting forth the name of each person who has requested exclusion from the Class under the procedures set forth in the Preliminary Approval Order.

13. To effectuate the Settlement, the Court hereby orders that all Class Members who did not timely exclude themselves from the Settlement are barred, enjoined, and restrained from commencing, prosecuting, or asserting any Released Claims against any Released Parties.

14. The Court has considered the Motion for Attorneys' Fees, Expenses, and Incentive Awards separately from its consideration of the fairness, reasonableness, and adequacy of the Amended Settlement Agreement. Any order or proceedings relating to the Motion for Attorneys' Fees, Expenses, and Incentive Awards, or any appeal from any order relating thereto or reversal or modification thereof, shall not disturb or affect this Judgment or affect or delay the finality of this Judgment.

15. The Court awards $2,375,000 in fees, costs, and expenses. Each of Plaintiffs' Counsel shall be reimbursed for its actual expenses and costs, totaling $168,796 to all Plaintiffs' Counsel. Initiative Legal Group shall be paid $66,330.69 in costs; Strategic Legal Practices shall be paid $52,714.67 in costs; and the Starr Firm shall be paid $49,750.73 in costs. From the $2,206,204

balance, Class Counsel shall pay $43,517.50 to attorney Dara Tabesh. Class Counsel shall then allocate the remaining balance of $2,162,686.50 according to the following percentages: 45% to Initiative Legal Group APC; 33% to Strategic Legal Practices, APC; and 22% to The Law Office of Robert L. Starr. Moreover, Plaintiffs' Counsel have agreed to share equally in the 5% referral fee payment that Starr intends to pay attorney Marc Legget from Starr's 22% portion of attorney fees.

16. The Court also approves incentive awards of $5000 to Anna Sadowska, $5000 to Yanick Godbout, and $1000 to Tonya DenDekker for their services on behalf of the Settlement Class, and accordingly orders Defendants to pay those amounts to Class Counsel for distribution to these Named Plaintiffs and class representatives.

17. The Court retains jurisdiction over the Parties to enforce the terms of the Order and Judgment, and shall have continuing jurisdiction over the construction, interpretation, implementation, and enforcement of the Amended Settlement Agreement in accordance with its terms.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: September 25, 2013     _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A

*Sadowska, et al. v. Volkswagen*
CV11-00665 BRO (AGRx)

Anna Sadowska v VW Exclusion List
September 13, 2013

| | **Name** | **VIN** |
|---|---|---|
| 1 | GRANT J GORTON | WAUAC48HX3K019707 |
| 2 | CHARLES N RUSSELL | WAUAC48HX3K025863 |
| 3 | ANDREW N LOVE | WAUAC48HX4K011561 |
| 4 | ENRIQUE MONGE | WAUAC48HX4K014198 |
| 5 | MARGARET A OKRASKI | WAUAC48HX5K024604 |
| 6 | VALENTINE L SCHUSZLER | WAUAC48HX6K005374 |
| 7 | CHRISTOPHER SLAY | WAUAC48HX6K007917 |
| 8 | LEE EBERLY | WAUAC48H04K023847 |
| 9 | JULIE B BULLARD | WAUAC48H15K002197 |
| 10 | LAWRENCE H FRANKLIN | WAUAC48H16K002461 |
| 11 | GEORGE CAMANY | WAUAC48H16K003903 |
| 12 | JOSEPH D THOMAS | WAUAC48H16K008776 |
| 13 | VICTORIA M ALTVATER | WAUAC48H23K022486 |
| 14 | VINCENT P BAKIES | WAUAC48H25K012351 |
| 15 | ANELISE A SACKS | WAUAC48H34K021963 |
| 16 | HARVEY L MITCHELL | WAUAC48H35K001892 |
| 17 | TANIA J HURT | WAUAC48H36K009234 |
| 18 | ANITA E HIDDING | WAUAC48H56K010241 |
| 19 | BARBARA J CRAIG | WAUAC48H64K020242 |
| 20 | JACQUELINE B ADLER | WAUAC48H73K029420 |
| 21 | NANCY S FITZGERALD | WAUAC48H73K033127 |
| 22 | DENNIS SEAHOLM | WAUAC48H83K018393 |
| 23 | MOUSTAPHA I TOURE | WAUAC48H84K024325 |
| 24 | BONNIE J ZUKERMAN | WAUAC48H85K000480 |
| 25 | BERIT A STEEN | WAUAC48H85K008594 |
| 26 | MICHAEL J PETERSON | WAUAC48H93K019231 |
| 27 | THE DARROW 2007 TRUST | WAUAC48H95K012542 |
| 28 | JOAN K BENEDICT | WAUAC48H96K009612 |
| 29 | KIMBERLY KRAFT | WAUAC68D91A148128 |
| 30 | JOSE SAMPERIO | WAUAF68E35A488008 |
| 31 | COLE VANKOMEN | WAUAF68E65A445511 |
| 32 | TOBY D DEGRANDPRE | WAUAF68E85A518331 |
| 33 | TOMOMI HIKOSAKA | WAUAF68E95A513218 |
| 34 | THOMAS H FRAME | WAUAF78EX6A247442 |
| 35 | NEIL R MARTIN | WAUAF78E05A577265 |
| 36 | C M TYLER | WAUAF78E06A160231 |
| 37 | BRIAN A LESTER | WAUAF78E06A289487 |
| 38 | ERENA KUROKAWA | WAUAF78E16A170413 |
| 39 | GLENN P ORBON | WAUAF78E36A121021 |
| 40 | REGAN M ROBERTS | WAUAF78E36A169134 |
| 41 | AMANDA I AMARO | WAUAF78E36A182904 |
| 42 | PATRICIA D BOYETTE | WAUAF78E36A218414 |
| 43 | GORDON F & BETTE R MASON LIVIN | WAUAF78E36A250277 |
| 44 | FOREST PLAZA LEASING PTNRS LLC | WAUAF78E56A114202 |
| 45 | CHARLES HOWARD | WAUAF78E56A233268 |

| | Name | VIN |
|---|---|---|
| 46 | DEBORAH J MILHOUSE | WAUAF78E65A532962 |
| 47 | ANDREW NEUMANN | WAUAF78E66A117108 |
| 48 | JAMES W PELOQUIN | WAUAH74FX6N168967 |
| 49 | BRIAN K LAPP | WAUAH74F06N162031 |
| 50 | JORGE MARTINEZ | WAUAH74F56N136928 |
| 51 | BRADLEY R LARSON | WAUAH74F86N127785 |
| 52 | EDWARD J KING | WAUAT48H03K016413 |
| 53 | JOHN A KENNEDY | WAUAT48H13K012824 |
| 54 | JUDY CARCEDO | WAUAT48H15K015404 |
| 55 | CHRISTOPHER J BALLE | WAUAT48H33K014669 |
| 56 | MICHELLE BEVILACQUA | WAUAT48H43K014664 |
| 57 | JUDITH A JACKSON | WAUAT48H43K017371 |
| 58 | GEORGE TZAMARAS | WAUAT48H44K009871 |
| 59 | WILLIAM MCANLY | WAUAT48H45K005174 |
| 60 | LUIZ R GONZAGA | WAUAT48H53K008078 |
| 61 | GLORIA J TARADASH | WAUAT48H53K011000 |
| 62 | JOSEPH S HINCKLEY | WAUAT48H53K014950 |
| 63 | DEBORAH M VISCOMI | WAUAT48H53K027391 |
| 64 | CRAIG W CLARK | WAUAT48H73K012861 |
| 65 | ROBERT B MCLAUGHLIN | WAUAT48H73K020989 |
| 66 | ARMAND MARTEL | WAUAT48H84K005371 |
| 67 | JAY L GROSSMAN | WAUAT48H84K025054 |
| 68 | JOYCE T KOCH | WAUAT48H93K021206 |
| 69 | NANCY BIRD | WAUBA34B1XN010887 |
| 70 | R L OR K SAMSAL CO TRSTEES OF THE R L | WAUBC5443LN024758 |
| 71 | ANDER JIMENEZ | WAUBF78E16A243865 |
| 72 | SCOTT KEAWEKANE | WAUBF78E76A054976 |
| 73 | SUZANNE M MYCORN | WAUJC68EX3A159540 |
| 74 | RAUL M GARCIA | WAUJC68EX4A072075 |
| 75 | DEMIAN F WYMA | WAUJC68EX4A194063 |
| 76 | CANGIR ELCIN | WAUJC68E14A167091 |
| 77 | JOHN G CAARNEVALE | WAUJC68E23A337926 |
| 78 | ROBERT M SAYAD | WAUJC68E24A146363 |
| 79 | JU H CHOI | WAUJC68E34A069924 |
| 80 | JAVIER H CARRILLO | WAUJC68E34A119446 |
| 81 | HYUNDAI OF EVERETT LLC | WAUJC68E34A212077 |
| 82 | DAVID KORNELY | WAUJC68E35A074641 |
| 83 | TOM JONES FORD INC | WAUJC68E63A148017 |
| 84 | CHARLES S HAYDEN | WAUJC68E63A168686 |
| 85 | VICENTE M CASTRO | WAUJC68E63A275706 |
| 86 | DIANNE J JALANDONI | WAUJC68E64A139724 |
| 87 | ORLANDO PENALOZA | WAUJC68E64A232274 |
| 88 | JESSICA B ROMERO | WAUJC68E65A091224 |
| 89 | AMANU DDIN | WAUJC68E65A109205 |
| 90 | BETH A BADER | WAUJC68E73A315050 |

Anna Sadowska v VW Exclusion List
September 13, 2013

| | Name | VIN |
|---|---|---|
| 91 | ANN B BONOMI | WAUJC68E74A140056 |
| 92 | WANDA S MOODY | WAUJC68E82A166730 |
| 93 | HELMUT SASSENFELD | WAUJC68E93A218691 |
| 94 | JUSTIN J PALMROSE | WAUJC68E94A032151 |
| 95 | ALBERT C BURROWS | WAUJC68E95A054085 |
| 96 | JAMES A MIMS | WAUJT54B82N075391 |
| 97 | DONALD BARANY | WAUJT64BX3N020612 |
| 98 | JAMES J PIETKA | WAUJT64B12N103604 |
| 99 | ROLAND GALLIOTTE | WAUJT64B23N071960 |
| 100 | SCOTT P DEGRAND | WAUJT64B24N059857 |
| 101 | NATHAN V WRIGHT | WAUJT64B43N011288 |
| 102 | PATRICK A SANTAVENERE | WAUJT68EX2A178183 |
| 103 | STEPAN GRASHCHENKOV | WAUJT68E04A125284 |
| 104 | ANIL KOTHAVALE | WAUJT68E24A055366 |
| 105 | BURT C YOUNG | WAUJT68E72A242728 |
| 106 | ACCURATE ENGINEERING | WAUJT68E75A040637 |
| 107 | ANTONIO CORTES | WAUJT68E83A171606 |
| 108 | JOSE A USSERY | WAUJT68E94A109083 |
| 109 | LEWIS L IMMERMAN | WAUAC48HX4K014993 |
| 110 | PAMELA O ORCZYK-BECK | WAUAC48HX6K008341 |
| 111 | ARTHUR MACZEI | WAUAC48H03K024205 |
| 112 | PHILLIP A TYGART | WAUAC48H04K009625 |
| 113 | MYRA TESLUK | WAUAC48H15K003463 |
| 114 | ROBERT L ASH | WAUAC48H24K007732 |
| 115 | STUART W JONES | WAUAC48H24K008220 |
| 116 | DIANNE D GARDNER | WAUAC48H34K010526 |
| 117 | DANNY D WOMBOLD | WAUAC48H36K004065 |
| 118 | LEONA R LEVITT | WAUAC48H36K007337 |
| 119 | WANDA MYERS | WAUAC48H45K019575 |
| 120 | MARGUERITE B WERTZ | WAUAC48H55K005670 |
| 121 | GAIL A BENNETT | WAUAC48H56K002754 |
| 122 | HERBERT A DIETZEL | WAUAC48H64K006390 |
| 123 | DARREN L BAKER | WAUAC48H65K005077 |
| 124 | PATRICIA A KARPOWICZ | WAUAC48H66K007526 |
| 125 | MILTON O PETERSON | WAUAC48H66K009115 |
| 126 | MADELINE S BECKER | WAUAC48H75K015505 |
| 127 | KAREN P HERMAN | WAUAC48H76K006739 |
| 128 | SHIRLEY J NARKS | WAUAC48H76K007325 |
| 129 | ROBIN C WINTER | WAUAC48H76K010127 |
| 130 | TOMMY G JORGENSEN | WAUAC48H85K017490 |
| 131 | ALBERT OETTINGER | WAUAC48H86K006622 |
| 132 | DEBORAH S LEMMERMAN | WAUAC48H94K006660 |
| 133 | ERIN A COOPER | WAUAC48H95K013061 |
| 134 | LEE HILLIN | WAUAF68E05A490184 |
| 135 | SEA AUTO SALES | WAUAF68E45A450108 |

Anna Sadowska v. VW Exclusion List
September 13, 2013

| # | Name | VIN |
|---|---|---|
| 136 | ROBERT H HALL | WAUAF68E45A462663 |
| 137 | KEVIN A MCHUGH | WAUAF68E55A452174 |
| 138 | LINDA A ANTONE | WAUAF68E65A489895 |
| 139 | DAVID L DEVENY | WAUAF68E75A462236 |
| 140 | LAWRENCE D FAHLBERG | WAUAF68E75A497715 |
| 141 | JOSE L OCADIZ | WAUAF68E85A466201 |
| 142 | DANA L BARONE | WAUAF78EX6A212920 |
| 143 | RANDI L VALLEJO | WAUAF78E06A037092 |
| 144 | MICHAEL C KARNES | WAUAF78E06A235056 |
| 145 | JAYNE U KIM | WAUAF78E06A244646 |
| 146 | JOAN CANIANO | WAUAF78E06A249216 |
| 147 | ROBERTO L VALLEJO | WAUAF78E26A026451 |
| 148 | DAVID M SMITH | WAUAF78E26A193201 |
| 149 | GABRIEL B GARCIA | WAUAF78E56A134725 |
| 150 | CHERYL M LASSITER | WAUAF78E66A161125 |
| 151 | FRANCISCO ROMERO | WAUAF78E96A263258 |
| 152 | JAMES E OR SHARON A ROBERTSON | WAUAF84D7VN006836 |
| 153 | SERGIO DESANTIAGO | WAUAF98E86A185387 |
| 154 | CHRISTOPHER SEBESTA | WAUAH74F46N127282 |
| 155 | JUDY L LANCASTER | WAUAH78E56A261484 |
| 156 | MICHELE A NANNINI | WAUAH78E86A244839 |
| 157 | LYN PERDUE | WAUAT48HX3K010635 |
| 158 | JEROME P SANDERS | WAUAT48HX3K014149 |
| 159 | MARJORIE M SELDIN | WAUAT48HX3K023059 |
| 160 | LENA M CRESSOTTI | WAUAT48H13K011656 |
| 161 | TODD A JACKMAN | WAUAT48H13K017375 |
| 162 | ANN S LAWRENCE | WAUAT48H15K011630 |
| 163 | RAUL R DEPERSIA COLON | WAUAT48H24K012882 |
| 164 | TERRY D HORNSETH | WAUAT48H33K016275 |
| 165 | OVE S ARVIDSON | WAUAT48H44K006887 |
| 166 | CHERI L GAUL | WAUAT48H63K009725 |
| 167 | W DUICE BENTON CO INC | WAUAT48H83K008401 |
| 168 | JAMES DIAMOND | WAUBC48H36K002837 |
| 169 | TRAVIS KEERAN | WAUBF78E66A026666 |
| 170 | WARD CHEN | WAUBH74F56N171487 |
| 171 | MESSICK,CLARENCE OR DOLORES | WAUBJ54A3NN052087 |
| 172 | LUTHER G TROUTMAN | WAUJC58E82A188902 |
| 173 | DEBORAH L BRANTS | WAUJC68EX2A133552 |
| 174 | GARY W NUZUM | WAUJC68EX5A026926 |
| 175 | STEVEN R EWING | WAUJC68EX5A075964 |
| 176 | SHIRLEY K SIGGERS | WAUJC68E12A112377 |
| 177 | HENRY SANABRIA | WAUJC68E13A114132 |
| 178 | JOHN L ASTOR-CASALDUC | WAUJC68E22A083729 |
| 179 | AARON J CLARK | WAUJC68E23A336162 |
| 180 | THOMAS J LINDELL | WAUJC68E32A183841 |

Anna Sadowska v VW Exclusion List
September 13, 2013

| | **Name** | **VIN** |
|---|---|---|
| 181 | CHUCK H NG | WAUJC68E35A106195 |
| 182 | MARY M MOTT | WAUJC68E43A269922 |
| 183 | STANLEY COVEY | WAUJC68E44A089633 |
| 184 | MARY BLAKSTAD | WAUJC68E45A007918 |
| 185 | LOIS H GREENBLUM | WAUJC68E53A203153 |
| 186 | KELLY K PEREKOVICH | WAUJC68E53A295073 |
| 187 | JENNIFER R FURLOTT | WAUJC68E54A002225 |
| 188 | SUSAN M HARVELL | WAUJC68E63A269548 |
| 189 | RICHARD C SCHENCK | WAUJC68E63A329733 |
| 190 | BOB CALDWELL CHRYSLER JEEP DOD | WAUJC68E73A149841 |
| 191 | SEAN HASSAN | WAUJC68E75A120505 |
| 192 | EDDIE N LUGO | WAUJC68E82A212654 |
| 193 | ASHLEY M LINNENBURGER | WAUJC68E84A169162 |
| 194 | ROBERT L VALLEJO | WAUJC68E94A093158 |
| 195 | SANDRA A ESQUIBEL | WAUJC68E95A101213 |
| 196 | ATKINS DAVID & KIM OK CHA | WAUJT58E62A187800 |
| 197 | GABOR F KISZLI | WAUJT64BX3N032243 |
| 198 | ODETTA S BRYANT | WAUJT64BX3N071561 |
| 199 | DAVID A DUPREY | WAUJT64B03N035071 |
| 200 | PAMELA J WATSON | WAUJT64B14N045318 |
| 201 | RICHARD H HUFFMAN | WAUJT64B32N052638 |
| 202 | WILLIAM D COUTURIE | WAUJT64B44N060430 |
| 203 | CHARLES A TURACK | WAUJT64B52N043567 |
| 204 | JANET S ROSSI | WAUJT64B63N079429 |
| 205 | ROBERT J PAPLASKI | WAUJT64B82N068530 |
| 206 | ION T VLAS | WAUJT64B83N015103 |
| 207 | LAWRENCE HOWARD | WAUJT64B84N005141 |
| 208 | JAMES BEDARD | WAUJT64B93N059269 |
| 209 | RICHARD G NORBRATEN | WAUJT64B93N103755 |
| 210 | CLAIRE HERRMANN | WAUJT68E12A153169 |
| 211 | JOHN G LEHR | WAUJT68E14A086785 |
| 212 | PATRICK OUJEZDSKY | WAUJT68E23A383871 |
| 213 | BREEANN L LOUDEN | WAUJT68E24A227668 |
| 214 | KAREN K MACDONALD | WAUJT68E33A288252 |
| 215 | WHITNEY E BIRDWELL | WAUJT68E62A245054 |